# IN THE SUPREME COURT OF THE STATE OF NEVADA

JASON ARTHUR ALTHEIDE,
                    Appellant,
          vs.
THE STATE OF NEVADA,
                    Respondent.

No. 84303

FILED

JUN 16 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order denying appellant's motion to modify his sentence. Fifth Judicial District Court, Nye County; Robert W. Lane, Judge.

Appellant has filed a motion to voluntarily withdraw the appeal. The motion is granted. This court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.          _____, J.
Stiglich                              Herndon


cc:     Hon. Robert W. Lane, District Judge
        Jason Arthur Altheide
        Attorney General/Carson City
        Nye County District Attorney
        Nye County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

22-19118